UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD L. BASKETT,<br><br>    Plaintiff,<br><br>    v.<br><br>ROGER WOLFE, et al.,<br><br>    Defendants. | CASE NO. C05-1166-JLR-MAT<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*: DISMISSING § 1983 ACTION |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's application for leave to proceed *in forma pauperis* (Dkt. #1) is DENIED.

(3) The complaint and this action are DISMISSED without prejudice.

(4) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 8th day of August, 2005.

s/James L. Robart
_____
JAMES L. ROBART
United States District Judge