# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

RONALD L. BASKETT,

        Plaintiff,

   v.

ROGER WOLFE, et al.,

        Defendants.

CASE NO. C05-1166JLR

ORDER OF REFERENCE
Non-Dispositive Motion(s)
Pending in Civil Case

    The court hereby refers to United States Magistrate Judge Mary Alice Theiler, pursuant to 28 U.S.C. § 636(b)(1), Local Rules W.D. Wash. MJR 3, and Fed. R. Civ. P. 72(a), the following non-dispositive motion pending before this court:

    Plaintiff's Motion for Transcripts at Government Expense (Dkt. # 13) and Letter from Plaintiff dated August 17, 2005 (Dkt. # 14).

    The magistrate judge shall hear and determine such motion. Any appeal from the determinations of the magistrate judge shall be in accordance with Fed. R. Civ. P. 72(a), 28 U.S.C. §636(b)(1)(A) and Local Rules W.D. Wash. MJR 3(b).

    Dated this 24th day of August, 2005.

                                   JAMES L. ROBART
                                   United States District Judge

ORDER