# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

RONALD L. BASKETT,

    Plaintiff - Appellant,

V.

ROGER WOLFE, Owner, NW Treatment Associates; et al.,

    Defendants - Appellees.

No. 05-35808

D.C. No. CV-05-01166-JLR

**JUDGMENT**

Appeal from the United States District Court for the Western District of Washington (Seattle).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Western District of Washington (Seattle) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED.**

Filed and entered 05/30/06



05-CV-01166-MAN



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 26 2006

by Ruben Talavera
Deputy Clerk